**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6115**

———————

CURTIS M. WRIGHT,

                Plaintiff - Appellant,

     versus

KEUN YU, Psychiatrist,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-01-
365-MJG)

———————

Submitted: March 14, 2002        Decided: March 26, 2002

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis M. Wright, Appellant Pro Se. Joseph Barry Chazen, Gina
Marie Smith, MEYERS, RODBELL & ROSENBAUM, P.A., Riverdale, Mary-
land, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis M. Wright appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wright v. Yu, No. CA-01-365-MJG (D. Md. Jan. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED